MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DAVID R. CALLAWAY (CABN 121782)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5596
   Fax:  (408) 535-5066
   E-Mail: David.Callaway@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-024 WHA (NJV) |
| v. | STIPULATION CONTINUING DATE FOR CHANGE OF PLEA; ORDER [proposed] |
| ROLAND LEROY RAYMOND, | Date: March 19, 2013 |
| Defendant. | Time: 2:00 p.m. |
| | Before The Hon. William H. Alsup |

The United States, by and through its counsel of record, Assistant United States Attorney David R. Callaway, and defendant Roland Leroy Raymond, by and through his counsel, Randall H. Davis, Esq., hereby stipulate that the defendant's first appearance before the District Court – which the parties expect will be a change of plea – be continued one week, from Tuesday, March 19, 2013, to **Tuesday, March 26, 2013**, at 2:00 p.m., before The Honorable William H. Alsup, United States District Judge.

//

STIP RE CONTINUE; [PROPOSED] ORDER
CR 13-024 WHA (NJV)

The basis for the requested continuance is to accommodate defense counsel's schedule. The parties had anticipated that Mr. Raymond and his counsel would be permitted to appear by video-teleconference from Eureka, where they both live. We were informed yesterday by Judge Vadas's courtroom deputy, Gloria Masterson, that they would be required to appear in San Francisco instead. Mr. Davis is unable to rearrange his calendar to be personally present in San Francisco on Tuesday. As Mr. Davis has other business in the Bay Area on Monday, March 25th, the parties respectfully request that this matter be put over one week to Tuesday, March 26, 2013, at 2:00 p.m.

DATED: March 15, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
_____
DAVID R. CALLAWAY
Assistant United States Attorney

/s/
_____
RANDALL H. DAVIS, ESQ.
Counsel for Defendant

## ORDER

Based on the parties' stipulation, and for good cause shown,

IT IS HEREBY ORDERED that the first appearance in District Court for defendant Roland Leroy Raymond in the captioned matter is rescheduled to **Tuesday, March 26, 2013, at 2:00 p.m.**, before The Honorable William H. Alsup, United States District Judge.

DATED: __March 15, 2013.__

_____
WILLIAM H. ALSUP
United States District Judge