MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DAVID R. CALLAWAY (CABN 121782)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5596
Fax: (408) 535-5066
E-Mail: David.Callaway@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 13-024 WHA (NJV) |
| ) | |
| v. ) | STIPULATION CONTINUING |
| ) | DATE FOR CHANGE OF PLEA; |
| ) | ORDER [proposed] |
| ROLAND LEROY RAYMOND, ) | |
| ) | Date: March 26, 2013 |
| Defendant. ) | Time: 2:00 p.m. |
| ) | |
| _____ ) | Before The Hon. William H. Alsup |

The United States, through its counsel, Assistant United States Attorney David R. Callaway, and defendant Roland Leroy Raymond, by and through his attorney, Randall H. Davis, Esq., are unfortunately back again to request and stipulate that the defendant's first appearance before the District Court – which will be a change of plea – be continued from Tuesday, March 26, 2013, to **Tuesday, April 23, 2013**, at 2:00 p.m., before The Honorable William H. Alsup, United States District Judge. This time the basis for the continuance is to accommodate the defendant's schedule: Mr. Raymond does not have transportation from Eureka to San Francisco on March 26th. (He does not have a valid driver's license and his wife, who would normally drive him, is out of town next

STIPULATION TO CONTINUE; ORDER
CR 13-024 WHA (NJV)

week.)  The next available court date when all parties can be in San Francisco is April 23rd.

        The parties further agree that the time occasioned by this continuance is appropriately excluded from the Speedy Trial Clock based on the need for effective defense preparation and continuity of defense counsel, and in light of the facts set forth in this stipulation.  18 U.S.C. § § 3161(h)(7)(A) and (B)(i) and (iv)..

        The parties apologize to the Court for submitting a new stipulation only a few days after the last one, but it could not be helped.

DATED: March 22, 2013                                Respectfully submitted,

                                                MELINDA HAAG
                                                United States Attorney

                                                /s/
                                                _____
                                                DAVID R. CALLAWAY
                                                Assistant United States Attorney

                                                /s/
                                                _____
                                                RANDALL H. DAVIS, ESQ.
                                                Counsel for Defendant

## ORDER [proposed]

Based on the parties' stipulation, and for good cause shown,

        IT IS HEREBY ORDERED that the first appearance in District Court for defendant Roland Leroy Raymond in the captioned matter is rescheduled to **Tuesday, April 23, 2013, at 2:00 p.m.**, before The Honorable William H. Alsup, United States District Judge.

        IT IS HEREBY FURTHER ORDERED that the 28 days between March 26 and April 23, 2013, are excluded from the Speedy trial clock based on the need for effective defense preparation and continuity of defense counsel, and in light of the facts set forth in the stipulation. 18 U.S.C. § § 3161(h)(7)(A) and (B)(i) and (iv).

DATED:  March 25, 2013.                              _____
                                                WILLIAM H. ALSUP
                                                United States District Judge