MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DAVID R. CALLAWAY (CABN 121782)
Assistant United States Attorney

  150 Almaden Blvd., Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5596
  Facsimile: (408) 535-5066
  E-mail: David.Callaway@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ROLAND LEROY RAYMOND,<br><br>    Defendant. | No. CR 13-024 WHA<br><br>[~~PROPOSED~~]<br>ORDER EXCLUDING TIME<br><br>Date: April 23, 2013<br>Time: 4:00 p.m.<br><br>Before The Hon. William H. Alsup<br>United States District Judge |

    The parties appeared at the above date and time for what was expected to be a change of plea. Instead, the parties requested to continue the hearing based on indications that Mr. Raymond had recently been under the influence of narcotics. The matter was put over to **Tuesday, May 21, 2013, at 2:00 p.m.**, for a change of plea. The parties agreed, and this Court hereby finds, that the time between April 23, 2013 and May 21, 2013 – a total of 28 days – is properly excluded from the Speedy Trial Clock based on the following grounds: (1) 18 U.S.C. § 3161(h)(7)(A) (ends of justice served outweigh the best interest of the public and the defendant in a speedy trial), and (2) 18 U.S.C. § 3161(h)(7)(B)(iv) (failure to grant continuance would deny the defendant reasonable time necessary for effective preparation).

Order Excluding Time
CR 13-024 WHA

Based upon the representations and stipulation of the parties in open court, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the foregoing period is excluded from the computation of the period within which the trial of this matter must commence. The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial based upon the grounds set forth above and finds that the time is appropriately excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: May 2, 2013.

_____
WILLIAM H. ALSUP
United States District Judge